# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| ABEL CARRERA-CONTRERAS, | § | |
| #85288-279 | § | |
| | § | Civil Action No. 4:26-cv-00479 |
| v. | § | Judge Mazzant/Judge Davis |
| | § | |
| UNITED STATES OF AMERICA | § | |

## MEMORANDUM ADOPTING REPORT AND
## RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On May 26, 2026, the Magistrate Judge entered a Report and Recommendation (Dkt. #4) that the motion for an extension of time to file a Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 (Dkt. #1) be dismissed without prejudice for lack of jurisdiction.

The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. No objections having been timely filed, the Court concludes that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the Court.

It is therefore **ORDERED** that the motion for an extension of time to file a Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 (Dkt. #1) is **DISMISSED** without prejudice. All motions by either party not previously ruled on are hereby **DENIED**.

**I**T IS SO ORDERED.

**SIGNED this 6th day of July, 2026.**

_____

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE